

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2016

No. 04-16-00181-CV

**THREE THOUSAND FOUR HUNDRED FORTY-FIVE DOLLARS ($3,445.00) UNITED STATES CURRENCY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08281
Honorable Larry Noll, Judge Presiding

## O R D E R

On August 9, 2016, we ordered Appellant to file his brief not later than September 8, 2016. We advised Appellant that his brief must comply with the Texas Rules of Appellate Procedure including Rule 38.1. On August 17, 2016, Appellant filed his brief. The brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Specifically, the handwritten seven-page brief has, inter alia, the following defects.

No part of the brief contains any citations to the record. *Contra id.* R. 38.1(g) ("The statement [of facts] must be supported by record references."); *id.* R. 38.1(i) ("The brief must contain . . . appropriate citations . . . to the record."). The great majority of the brief recites alleged facts and complaints, but the brief offers only a few sentences that might be construed to present a legal argument specifying how the trial court erred and why this court should reverse the trial court's judgment. *Contra id.* ("The brief must contain a clear and concise argument for the contentions made . . . ."). The brief does not recite the standard of review; it contains no citations to rules or statutes, and only two references to case law. Of the two cases referenced, only one includes a citation. *Contra id.* (requiring "appropriate citations to authorities").

This court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See id.* R. 38.9(a). We conclude that the defects described above constitute flagrant violations of Rule 38.

Therefore, we STRIKE Appellant's brief and ORDER appellant Jason Borg to file an amended brief within FIFTEEN DAYS of the date of this order. **The amended brief must correct all of the violations listed above and fully comply with the applicable rules.** *See, e.g.*, *id.* R. 9.4, 9.5, 38.1. If the amended brief does not comply with this order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

If Appellant timely files a brief that complies with this order, Appellee's brief will be due thirty days after Appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2016.

Keith E. Hottle
Clerk of Court